UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA      )
                                      )
v.                                )        No. 3:10-00004
                                      )        JUDGE CAMPBELL
WOODY MEDLOCK, SR., et al.       )

ORDER

       Pending before the Court are the following Motions, which are DENIED, as moot:

Defendant Woody H. Medlock, Sr's Motion In Limine Number 2 To Exclude Evidence Of Or

Reference To Certain Video Taken During The Execution Of The Search Warrant (Docket No.

177); Defendant Woody H. Medlock, Sr's Motion In Limine Number 3 To Exclude Evidence Of

Or Reference To Firearms Seized Or Documented During The Execution Of The Search Warrant

(Docket No. 178); Defendant Woody H. Medlock, Sr's Motion In Limine Number 4 To Exclude

Evidence Of Or Reference To Animals Documented During The Execution Of The Search

Warrant (Docket No. 179); Defendant Woody H. Medlock, Sr's Motion In Limine Number 7 To

Prohibit References to The "Golden Rule Argument" (Docket No. 182); Defendant Woody H.

Medlock, Sr's Motion In Limine Number 8 To Exclude Evidence Of Or Reference To The

Wealth Or Financial Status Of The Defendants (Docket No. 183); and Defendant Woody H.

Medlock, Sr's Motion In Limine Number 11 To Exclude The Introduction Of 404(b) Evidence

(Docket No. 186).

       The Response (Docket No. 200) of the Government represents that it does not intend to

offer the evidence, or make the arguments, referred to in Defendants' Motions.  Accordingly, the

Motions are Moot.

The Government shall not offer any of the evidence, or make any of the arguments, referred to in Defendants' Motions without prior notice to the Defendants and the Court.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE