UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:10-00004 |
| | ) | JUDGE CAMPBELL |
| WOODY MEDLOCK, SR., et al. | ) | |

ORDER

Pending before the Court is Defendant Woody H. Medlock Sr.'s Motion To Clarify The Court's Order Regarding Evidence Of Medical Condition (Docket No. 218), and the Government's Response (Docket No. 221) to the Motion. Through the Motion, the Defendant requests that the Court reconsider its prior ruling (Docket No. 215) on the Government's Motion In Limine To Exclude Testimony Or Evidence Related To Medical Condition (Docket No. 172) to add certain suggested language. As such, the Motion To Clarify (Docket No. 218) is DENIED for the reasons stated in the Court's previous ruling (Docket No. 215).

Also pending before the Court is Defendant Kathy Medlock's Motion To Adopt The Motion Filed By The Co-Defendant Woody Medlock, Sr. At Docket Entry 218 (Docket No. 233). The Motion is GRANTED.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE