UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00004 |
| | ) | JUDGE CAMPBELL |
| WOODY MEDLOCK, SR., et al. | ) | |

## ORDER

The following Motions to file documents, join in, or adopt Motions are GRANTED.

1. Motion for Leave of Court to File Motion to Continue and Motion to Exclude Evidence of Recreated Run Tickets or, in the Alternative, for Relief from Prejudicial Joinder Beyond the Previous Set Filing Deadline (Docket No. 223).

2. Motion to Join Woody Medlock, Sr.'s Motion for Leave of Court to File Motion to Continue and Motion to Exclude Evidence of Recreated Run Tickets or, in the Alternative, for Relief from Prejudicial Joinder Beyond the Previous Set Filing Deadline (Docket No. 227).

3. Motion to Join Motion to Continue Filed by Co-Defendant Woody Medlock, Sr. (Docket No. 228).

4. Motion to Join Woody H. Medlock Sr.'s Motion to Exclude Evidence of Recreated Run Tickets or, in the Alternative, for Relief from Prejudicial Joinder Filed by Co-Defendant Woody Medlock, Sr. (Docket No. 229).

5. Motion for Leave of the Court to File a Motion Based Upon Information Supplied to the Defendant on 11/29/11 (Docket No. 231).

6. Motion to Adopt "Part A" of the Motion Filed by the Co-Defendant Woody Medlock, Sr. at Docket Entry 225 (Docket No. 232).

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE