UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00004 |
| | ) | JUDGE CAMPBELL |
| WOODY MEDLOCK, SR. | ) | |

ORDER

Pending before the Court is a Motion For Withdrawal As Counsel Of Record (Docket No. 248), filed by one of the attorneys representing Defendant Woody Medlock, Sr. The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE