UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          No. 3:10-00004
                                  )          JUDGE CAMPBELL
WOODY MEDLOCK, SR.                )

ORDER

      Pending before the Court is Defendant Woody H. Medlock Sr.'s Motion To Join Woody

H. Medlock, Jr.'s Motion In Limine Regarding Exclusion Of Video Evidence (Docket No. 276).

Through the Motion, the Defendant seeks to join in the filing of Docket Entry No. 272.  The

Motion To Join (Docket No. 276) is GRANTED.

      It is so ORDERED.


                             Todd Campbell
                             TODD J. CAMPBELL
                             UNITED STATES DISTRICT JUDGE