UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00004 |
| | ) | JUDGE CAMPBELL |
| WOODY MEDLOCK, SR. | ) | |

ORDER

Pending before the Court is the Notice Of Middle Tennessee Medical Center, Inc. Striking Motion To Quash (Docket No. 280). Through the Notice, Middle Tennessee Medical Center, Inc. indicates that it seeks to strike its Motion To Quash Subpoenas (Docket No. 278).

Accordingly, the Clerk is directed to remove the Motion To Quash Subpoenas (Docket No. 278) from the docket as a pending motion, and the hearing set for May 22, 2013 to consider the Motion is CANCELED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE