UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00004 |
| | ) | JUDGE CAMPBELL |
| KATHY MEDLOCK | ) | |

## ORDER

Pending before the Court is Defendant Kathy Medlock's Motion To Adopt Motion In Limine At D.E. 272, Filed By The Co-Defendant Woody Medlock, Jr. (Docket No. 283). Through the Motion, the Defendant seeks to join in the filing of Docket Entry No. 272. The Motion To Join (Docket No. 283) is GRANTED.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE