UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-00004 |
| ) | JUDGE CAMPBELL |
| WOODY H. MEDLOCK, SR., et al. ) | |

## ORDER

Due to texting from the courtroom during trial on May 23, 2013, the Court orders as follows:

All electronic devices capable of texting, emailing, recording, audio or video, or taking visual images or photographs are hereby banned from the courtroom during all proceedings in this case.

Attorneys and federal law enforcement officers are exempt from this Order.

Violation of this Order is subject to sanction for criminal or civil contempt.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE