UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00004 |
| | ) | JUDGE CAMPBELL |
| WOODY H. MEDLOCK, SR., et al. | ) | |

## ORDER

The Clerk of Court is directed to file the attached Notice regarding the prohibited use of electronic devices in the courtroom based on Administrative Order 156-2. The Notice has been continuously posted on a stand outside the courtroom during the course of this trial.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE