UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00004 |
| | ) | JUDGE CAMPBELL |
| WOODY MEDLOCK, SR., et al. | ) | |

ORDER

Pending before the Court is the Witnesses' Motion For Out Of Order Testimony And To Limit Subpoenas (Docket No. 289). The Court held a hearing on the Motion on May 28, 2013.

At the hearing, the Government indicated that it does not intend to call Dr. Pearson, Dr. Putatunda or Dr. Karam. The Defendants agreed to call Dr. Karam on May 30, 2013, as previously scheduled, and to schedule a mutually convenient time to call Dr. Pearson and Dr. Putatunda on May 30, 2013, the morning of May 31, 2013, or June 3, 2013.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE