UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:10-00004 |
| ) | JUDGE CAMPBELL |
| WOODY H. MEDLOCK, SR., et al. ) | |

ORDER

On May 31, 2013, the Government orally moved to dismiss the forfeiture allegations of the Second Superseding Indictment regarding funds seized from Pinnacle National Bank accounts ending in #9018 and #1686. The Defendants did not object. The Court GRANTED the motion to dismiss.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE