# UNITED STATES DISTRICT COURT

MIDDLE                          DISTRICT OF                          TENNESSEE

UNITED STATES OF AMERICA

V.

WOODY H. MEDLOCK. JR.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  3:10-00004

 The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Todd Campbell_
_____
Signature of Judge

Todd J. Campbell
_____
Name of Judge              Title of Judge

5/31/2013
_____
                Date

**Print Document**    **Save As...**    **Export as FDF**    **Retrieve FDF File**    **Reset Document**