UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00004 |
| | ) | JUDGE CAMPBELL |
| KATHY MEDLOCK | ) | |

ORDER

Pending before the Court is a Motion for Extension of Time for Defendant to Self-Report

(Docket No. 385). The Motion is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE