UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA      )
        )
v.        )     NO. 3:10-00004
        )     JUDGE CAMPBELL
WOODY H. MEDLOCK, SR.      )

ORDER

Pending before the Court is a Second Motion for Extension of Time for Defendant Medlock to Self-Report (Docket No. 391). According to the Motion, the Government does not object.

The Motion (Docket No. 391) is GRANTED. Defendant Woody H. Medlock, Sr. shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on April 18, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE